UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

JEREMY ROSS MARJAMAA,

    Plaintiff,

v.

    Case No. 2:19-cv-224

    Hon. Hala Y. Jarbou

DANIEL LASLEY,

    Defendant.
_____/

## ORDER

    This is a civil rights action brought by a prisoner proceeding *in forma pauperis*. On September 16, 2021, Magistrate Judge Maarten Vermaat issued a Report and Recommendation (R&R) recommending that the Court grant Defendant's motion for summary judgment. (ECF No. 40.) The R&R was duly served on the parties. No objections have been filed and the deadline for doing so has expired. On review, the Court concludes that the R&R correctly analyzes the issues and makes sound recommendations. Accordingly,

    **IT IS ORDERED** that the R&R (ECF No. 40) is **ACCEPTED** and **ADOPTED** as the opinion of the Court.

    **IT IS FURTHER ORDERED** that Defendant's motion for summary judgment (ECF No. 37) is **GRANTED**.

    **IT IS FURTHER ORDERED** that the Court certifies that there is no good faith basis for an appeal.

    A judgment will enter consistent with this order.

Dated:   October 21, 2021          /s/ Hala Y. Jarbou
                                                  HALA Y. JARBOU
                                                  UNITED STATES DISTRICT JUDGE